No. 46938.—Protests 721606–G, etc., of Carsch, Inc. (New York).

.Opinion by DALLINGER, J.   It was stipulated that the merchandise in question consists of steel wire in coils the same as that the subject of *Dehler Signoret* v. *United States* (7 Cust. Ct. 103, C. D. 545).   In accordance therewith the merchandise was held dutiable at 25 percent under paragraph 316 (a) as wire composed of steel, not specially provided for, as claimed.

No. 46939.—Protests 71120–G, etc., of Julius Blum & Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *Blum* v. *United States* (5 Cust. Ct. 119, C. D. 381) the structural steel shapes in question were held dutiable at one-fifth of 1 cent per pound under paragraph 312 as claimed.

No. 46940.—Protests 502674–G, etc., of Davies Turner & Co. (San Francisco).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) and Abstracts 33928 and 34951 the claim at 40 percent under paragraph 339 as table or household utensils was sustained.

No. 46941.—Protest 75114–K of Weiss Fwdg. Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel that the merchandise consists of wire cloth similar to that the subject of *Paper Mill Equipment, Ltd.* v. *United States* (7 Cust. Ct. 25, C. D. 526), it was held dutiable under the provision in paragraph 372 for machines or parts for making paper pulp or paper, not specially provided for, wholly or in chief value of metal or porcelain, at 20 percent under paragraph 372 by virtue of the trade agreement with Sweden (T. D. 47785).   The protest was sustained.

No. 46942.—Protests 30585–K, etc., of Strauss Bros. & Co. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 43372 the claim at 40 percent under paragraph 339 was sustained.